IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WALGREEN CO., <br><br> Plaintiff, <br><br> v. <br><br> WALGREEN HEALTH SOLUTIONS, LLC and CHARLES R. WALGREEN, <br><br> Defendants. | Civil Action No. 1:23-cv-17067 <br><br> Hon. Virginia M. Kendall <br><br> Hon. M. David Weisman |

**PLAINTIFF WALGREEN CO.'S NOTICE OF DEFENDANTS' CONSENT TO AMENDED COMPLAINT UNDER RULE 15(a)(2)**

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Walgreen Co. ("Walgreens") states that counsel for Defendants Walgreen Health Solutions, LLC and Charles R. Walgreen has provided written consent to Walgreens's filing of an amended complaint. Defendants' counsel's written consent is included as Exhibit 1.

Dated: October 22, 2024

Respectfully submitted,

*/s/ Kristen R. Seeger*

Kristen R. Seeger
Steven J. Horowitz
Maseeh Moradi
D. Samuel Gorsche
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
kseeger@sidley.com
shorowitz@sidley.com
mmoradi@sidley.com
sgorsche@sidley.com

*Counsel for Plaintiff Walgreen Co.*