# Judge IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| WALGREEN CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:23-cv-17067 |
| | ) | |
| WALGREEN HEALTH SOLUTIONS, LLC and | ) | Hon. Virginia M. Kendall |
| CHARLES R. WALGREEN, | ) | Hon. M. David Weisman |
| | ) | |
| Defendants. | ) | |

## AMENDED NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **October 31, 2024** at **9:30 a.m**., or as soon thereafter as counsel may be heard, I shall appear before Chief Judge Virginia M. Kendall or any Judge sitting in her stead in Room 2541 of the United States District Court for the Northern District of Illinois, Eastern Division and shall then and there present ***Defendants Unopposed Motion to Amend and/or Strike Deadline to File Dispositive Motions***, a copy of which is attached hereto.

Dated: October 28, 2024                                             Respectfully submitted,

Kevin M. O'Hagan                                                     O'HAGAN MEYER LLC
Shane M. Bradwell
Clarissa K. Pintado                               By:     */s/ Clarissa K Pintado*
O'HAGAN MEYER, LLC                                        Counsel for Defendants,
One E. Wacker Dr., Ste. 3400                              Walgreen Health Solutions and
Chicago, Illinois 60601                                   Charles R. Walgreen
PH: (312) 422-6100
FX: (312) 422-6110
kohagan@ohaganmeyer.com
sbradwell@ohaganmeyer.com
cpintado@ohaganmeyer.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 28th of October, 2024, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

*/s/ Clarissa K Pintado*
*Counsel for Defendants,*
*Walgreen Health Solutions and*
*Charles R. Walgreen*