# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Walgreen Co.

                    Plaintiff,

v.                                             Case No.: 1:23–cv–17067
                                                            Honorable Virginia M. Kendall

Walgreen Health Solutions, LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 29, 2024:

      MINUTE entry before the Honorable Virginia M. Kendall. Defendants' Unopposed Motion to strike deadline to file Dispositive Motions [107] is granted. Motion hearing set for 10/31/2024 is stricken. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.