IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WALGREEN CO., <br><br> Plaintiff, <br><br> v. <br><br> WALGREEN HEALTH SOLUTIONS, LLC and CHARLES R. WALGREEN, <br><br> Defendants. | Civil Action No. 1:23-cv-17067 <br><br> Hon. Virginia M. Kendall <br><br> Hon. M. David Weisman |

**JOINT MOTION FOR ENTRY OF STIPULATED FINAL JUDGMENT**

Plaintiff Walgreen Co. ("Walgreens") and Defendants Walgreen Health Solutions, LLC and Charles R. Walgreen (collectively, "Defendants") move this Court for entry of a stipulated final judgment. The Parties have met and conferred, and have agreed to the terms of a proposed stipulated final judgment as a resolution to this case. The proposed stipulated final judgment has been submitted in Word format to Proposed_Order_Kendall@ilnd.uscourts.gov in accordance with the Court's standing order. The Parties have also separately entered into a confidential settlement agreement.

Dated: May 15, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ Kristen R. Seeger* | */s/ Shane M. Bradwell* |
| Kristen R. Seeger | Kevin M. O'Hagan |
| Steven J. Horowitz | Shane M. Bradwell |
| Maseeh Moradi | Clarissa K. Pintado |
| D. Samuel Gorsche | **O'Hagan Meyer LLC** |
| **SIDLEY AUSTIN LLP** | 1 E. Wacker Drive Ste. 3400 |
| One South Dearborn Street | Chicago, Illinois 60601 |
| Chicago, Illinois 60603 | (312) 422-6100 |
| (312) 853-7000 | kohagan@ohaganmeyer.com |
| kseeger@sidley.com | sbradwell@ohaganmeyer.com |
| shorowitz@sidley.com | cpintado@ohaganmeyer.com |
| mmoradi@sidley.com | |
| sgorsche@sidley.com | Dana J. Finberg |
| | **O'Hagan Meyer LLC** |
| *Counsel for Plaintiff Walgreen Co.* | One Embarcadero Center Ste. 2100 |
| | San Francisco, CA 94111 |
| | (415) 578-6902 |
| | dfinberg@ohaganmeyer.com |
| | |
| | *Counsel for Defendants Walgreen Health Solutions, LLC and Charles R. Walgreen* |